**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| JAAFAR ALAMILI v. RUTH A. DOROCHOFF, in her official capacity as District Director of United States Citizenship and Immigration Services. | FILED: MAY 13, 2008<br>08CV2768   LCW<br>JUDGE ANDERSEN<br>MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintff Jaafar Alamili

| | |
|---|---|
| NAME (Type or print)<br>Khalil J. Khalil | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Khalil J. Khalil/ | |
| FIRM<br>Law Offices of Kameli & Associates, P.C. | |
| STREET ADDRESS<br>111 E. Wacker Dr., Suite 555 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6281904 | TELEPHONE NUMBER<br>(312) 233-1000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |