AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

JAAFAR ALAMILI

V.

RUTH A. DOROCHOFF, in her official capacity as District Director of United States Citizenship and Immigration Services.

CASE NUMBER: 08CV2768

ASSIGNED JUDGE: JUDGE ANDERSEN
MAGISTRATE JUDGE MASON

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

U.S. District Attorneys, N.D. IL
219 S. Dearborn, Suite 500
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Law Offices of Kameli & Associates, P.C.
111 E. Wacker Drive, Suite 555
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_/s/_ _____
(By) DEPUTY CLERK

May 13, 2008
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 05/19/08 |
| NAME OF SERVER (PRINT)  JANET JANOW | TITLE  Clerk |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 219. S Dearburn
Suite 500 Chicago IL 60604

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/30/08
Date

Signature of Server

Address of Server
111 E WACKER DR #555
Chicago IL 60601

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JAAFAR ALAMILI

V.

RUTH A. DOROCHOFF, in her official capacity as District Director of United States Citizenship and Immigration Services.

CASE NUMBER:     08CV2768

ASSIGNED JUDGE:  JUDGE ANDERSEN
                 MAGISTRATE JUDGE MASON

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Ruth A. Dorochoff
Director, USCIS
101 W. Congress Pkwy.
Chicago, IL 60603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Law Offices of Kameli & Associates, P.C.
111 E. Wacker Drive, Suite 555
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_[signature]_                                                      May 13, 2008
(By) DEPUTY CLERK                                                  Date

ÂO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/30/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| JANET JANOW | Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): U.S. Postal Service Certified Mail Return Receipt # 7005 3110 0000 5018 7158

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $6.07 | $6.07 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 06/30/08
*Date*

*Signature of Server*

111 E. WACKER DR. # 555
Chicago IL 60601
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

CHICAGO IL 60603

| | | |
|---|---|---|
| Postage | $ | $1.17 |
| Certified Fee | | $2.70 |
| Return Receipt Fee (Endorsement Required) | | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.07 |

Postmark Here — 05/15/2008

7005 3110 0000 5018 7158

Sent To: Ruth A. Dorochoff, Director, USCIS
Street, Apt. No.; or PO Box No.: 101 W. Congress Pkwy.
City, State, ZIP+4: Chicago, IL 60603

PS Form 3800, June 2002 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ruth A. Dorochoff
Director, USCIS
101 W. Congress Pkwy.
Chicago, IL 60603

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  B.K.Z.    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): B.K.C.
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 3110 0000 5018 7158

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

JAAFAR ALAMILI

V.

RUTH A. DOROCHOFF, in her official capacity as District Director of United States Citizenship and Immigration Services.

CASE NUMBER: 08CV2768
ASSIGNED JUDGE: JUDGE ANDERSEN
                MAGISTRATE JUDGE MASON

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Michael Mukasey
Attorney General, U.S. DOJ
950 Pennsylvania Ave.
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Law Offices of Kameli & Associates, P.C.
111 E. Wacker Drive, Suite 555
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_(signature)_

(By) DEPUTY CLERK

May 13, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/30/08 |
| NAME OF SERVER (PRINT)  Janet Janow | TITLE  Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): U.S.P.S. Certified Mail Return Receipt # 7005 3110 0000 5018 7134

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $6.07 | $6.07 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  06/30/08
             Date

Signature of Server

111 E. Wacker Drive #555, Chicago, IL 60601
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael Mukasey
   Atty. Gen'l, USDOJ
   950 Pennsylvania Ave.
   Washington, D.C. 20530-0001

   w. Toofer Hamili

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): MAY 20 2008
B. Date of Delivery:
C. Signature: X  ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 3110 0000 5018 7134

PS Form 3811, March 2001   Domestic Return Receipt   102595-01-M-1424

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530   OFFICIAL USE

| | |
|---|---|
| Postage | $1.17 |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.07 |

Postmark Here  05/15/2008

Sent To: Michael Mukasey/Atty. Gen'l, USDOJ
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave.
City, State, ZIP+4: Washington, D.C. 20530-0001

PS Form 3800, June 2002   See Reverse for Instructions

7005 3110 0000 5018 7134