**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Jaafar Alamili

                              Plaintiff,

v.                                            Case No.: 1:08−cv−02768
                                              Honorable Wayne R. Andersen

Ruth A. Dorochoff

                              Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

        Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of
Magistrate Judge Honorable Michael T. Mason for the purpose of holding proceedings
related to: discovery supervision.(tsa, )Mailed notice.

Dated: July 15, 2008

                                              /s/ Wayne R. Andersen

                                              United States District Judge