# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Jaafar Alamili

                Plaintiff,

v.

                                      Case No.: 1:08–cv–02768

                                      Honorable Wayne R. Andersen

Ruth A. Dorochoff

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

      MINUTE entry before the Honorable Michael T. Mason:This matter having been referred to Magistrate Judge Mason, an initial status hearing is set for 8/6/2008 at 09:00 a.m. in courtroom 2214. Parties shall file a joint status report as required by this Court's Standing order by 8/1/08. Courtesy copy to be delivered to chambers, room 2206.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.