UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| JAAFAR ALAMILI, ) | | |
| ) | | |
| Plaintiff, ) | | Case No.: 08 CV 2768 |
| ) | | |
| v. ) | | Hon. Judge Andersen |
| ) | | |
| RUTH A DOROCHOFF, in her official ) | | |
| capacity as District Director of United ) | | **Hon. Mag. Judge Mason** |
| States Citizenship and Immigration ) | | |
| Services, ) | | |
| ) | | |
| Defendant. ) | | |

**INITIAL JOINT STATUS REPORT**

**1.    Summary of the claims**

This is a writ of mandamus case filed pursuant 28 U.S.C. § 1361 and 8 U.S.C. § 1447(b) seeking adjudication of Plaintiff's Form N-400 Application for Naturalization ("N-400") by United States Citizenship and Immigration Services ("USCIS"), or alternatively, a naturalization hearing conducted by this Honorable Court pursuant 8 U.S.C. § 1447(b).  Plaintiff alleges that approximately two years have passed since Plaintiff filed his N-400, and over 18 months have passed since Plaintiff's N-400 interview.

**2.    Statement of the relief sought**

As noted supra, Plaintiff seeks a writ of mandamus directing USCIS to adjudicate his N-400 or a naturalization hearing conducted by this Court.

**3.    Description of the matter referred**

This case has been referred for the purposes of supervising discovery.

4.   **Status of any briefing on matter referred**

There has been no prior briefing on the matter referred.

5.   **Description of pending and anticipated discovery**

Counsel for Plaintiff and Defendant have conferred concerning discovery. Defendant's counsel has indicated that an update interview for Plaintiff's N-400 has been scheduled for August 14, 2008. Both parties are in agreement that there are no other anticipated discovery issues contemplated in this case.

6.   **Dates and deadlines**

There are no dates or deadlines previously established by District Judge Andersen. As both parties do not anticipate any other discovery issues, there is no need for discovery cut-off dates.

7.   **Status of settlement negotiations**

As noted, Plaintiff's counsel has indicated that an update interview for Plaintiff's N-400 is scheduled for August 14, 2008. Both parties are in agreement to set this case for status on a date 30 – 45 days after August 14, 2008, at which time it is possible that all issues in this case may have been satisfactorily resolved.

Respectfully submitted,

| | |
|---|---|
| John R. Floss | Amanda Berndt |
| /s/John R. Floss/ | /s/Amanda Berndt/ |
| One of Plaintiff's attorneys | One of Defendant's attorneys |
| | |
| Law Offices of Kameli & Associates, P.C. | U.S. Attorneys Office |
| 111 E. Wacker Dr., Suite 555 | Northern District of Illinois |
| Chicago, IL 60601 | 219 S. Dearborn, Suite 500 |
| (312) 233-1000 | Chicago, IL 60604 |
| | (312) 353-1413 |

**DATED: July 30, 2008**